UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

RHM INDUSTRIAL/SPECIALTY   No. 2:09-cv-02937-MCE
FOODS, INC.,

    Debtor.

SS FARMS, LLC., et al.,

    Appellants,   **RELATED CASE ORDER**

  v.

    Appellee.

In re:

RHM INDUSTRIAL/SPECIALTY   No. 2:09-cv-02938-GEB
FOODS, INC.,

    Debtor.

In re:

RHM INDUSTRIAL/SPECIALTY   No. 2:09-cv-02939-MCE
FOODS, INC.,

    Debtor.

| | |
|---|---|
| In re: | |
| SK FOODS, L.P., | No. 2:09-cv-02940-WBS |
|     Debtor. | |
| In re: | |
| SK FOODS, L.P., | No. 2:09-cv-02941-JAM |
|     Debtor. | |
| In re: | |
| SK FOODS, L.P., | No. 2:09-cv-02942-MCE |
|     Debtor. | |

The Court has received the Notice of Related Case filed on October 23, 2009.

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///
///
///
///

1      The parties should be aware that relating the cases under
2 Local Rule 83-123 merely has the result that both actions are
3 assigned to the same judge; no consolidation of the action is
4 effected.  Under the regular practice of this court, related
5 cases are generally assigned to the district judge and magistrate
6 judge to whom the first filed action was assigned.
7      IT IS THEREFORE ORDERED that the actions denominated 2:09-
8 cv-02938-GEB, In re RHM Industrial/Specialty Foods, Inc., Debtor,
9 SS Farms, LLC, et al., Appellant, 2:09-cv-02940-WBS, In re SK
10 Foods, L.P., Debtor, SS Farms, LLC, et al., Appellant, 2:09-cv-
11 02941-JAM, In re SK Foods, L.P., Debtor, SS Farms, LLC, et al.,
12 Appellant are reassigned to Judge Morrison C. England, Jr. for
13 all further proceedings, and any dates currently set in this
14 reassigned cases only are hereby VACATED.  The Clerk of the Court
15 is to issue an Order Requiring Joint Status Report.  Henceforth,
16 the caption on documents filed in the reassigned cases shall be
17 shown as 2:09-cv-02938-MCE, 2:09-cv-02940-MCE, and 2:09-cv-02941-
18 MCE.
19      IT IS FURTHER ORDERED that the Clerk of the Court make
20 appropriate adjustment in the assignment of civil cases to
21 compensate for this reassignment.
22      IT IS SO ORDERED.

Dated: November 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE